196 So. 160

**Maggie POWELL v. Mollie BINGHAM.**

**6 Div. 663.**

Supreme Court of Alabama.

May 9, 1940.

F. F. Windham, of Tuscaloosa, for petitioner.

R. C. Price, of Tuscaloosa, for respondent.

BOULDIN, Justice.

Petition of Maggie Powell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Powell v. Bingham, 196 So. 154.

Petition dismissed.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.